THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS WALLENS, Appellant.

Decision handed down January 17, 1947.

The court will hear argument upon the following question: In a criminal case tried before a jury and a Justice of the Peace, is the justice required to charge and instruct the jury and, if so, may this requirement be waived by failure to request a charge or otherwise?